UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Chasen K. May,

                Defendant.

7:17-MJ-451(MRG)

**JUDGMENT**

---

    The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on February 27, 2017, accepted the defendant's plea of guilty to a violation of NY Penal Law 221.05, unlawful possession of marijuana, in full satisfaction of the Misdemeanor Complaint filed on January 20, 2017, it is,

    ORDERED, ADJUDGED AND DECREED: The Court sentenced the defendant to pay a fine in the amount of $100.00 to be paid by March 30, 2017.

Dated: Sept 9, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge